# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PATRICK L. KING**                                                 **PLAINTIFF**

**v.**                                            **CAUSE NO. 3:17cv859-LG-LRA**

**JAMES HOOD, et al.**                                         **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** is the Report and Recommendation [3] entered by United States Magistrate Judge Linda R. Anderson. Judge Anderson recommends that this Court deny the Motion for Leave to Proceed In Forma Pauperis [2] filed by the plaintiff Patrick L. King and that this Court require King to pay the filing fee on or before February 5, 2018. King has not filed an objection to the Report and Recommendation.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.") In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Anderson's Report and Recommendation is neither clearly erroneous nor contrary to law. King's Motion for in forma pauperis relief indicates that he has sufficient income to

pay the filing fee in this matter. King must pay the $400 filing fee on or before February 5, 2018. Failure to pay the filing fee will result in dismissal of this lawsuit without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation [3] entered by United States Magistrate Judge Linda R. Anderson is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion for Leave to Proceed In Forma Pauperis [2] filed by the plaintiff Patrick L. King is **DENIED**. King must pay the $400 filing fee on or before February 5, 2018.

**SO ORDERED AND ADJUDGED** this the 2nd day of January, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE